ALEX CAMPBELL *v.* CHARLES POMMIER ET AL.
(6018)

SPALLONE, O'CONNELL and NORCOTT, Js.
Argued February 16—decision released February 28, 1989

*Richard H. G. Cunningham,* for the appellant (plaintiff).

*Arnold J. Bai,* with whom were *Elizabeth M. Buckmir* and, on the brief, *Garie J. Mulcahey,* for the appellees (defendants).

PER CURIAM. There is no error.